IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY LAWRENCE LAROCHE, )
)
    Movant, )
)
v. ) Case No. CV 407-054
) CR 402-234
UNITED STATES OF AMERICA, )
)
    Respondent. )

## ORDER

Before the Court is Movant Anthony Lawrence LaRoche's Motion to Vacate, Set Aside, or Correct his federal prison sentence pursuant to 28 U.S.C. § 2255 (Doc. 1). After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation (Doc. 8), to which Objections have been filed (Doc. 14). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court, and the Motion is **HEREBY DENIED**.

**SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: Sept 15, 2008