FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2009 MAR 12, AM 10: 16

CLERK
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

ANTHONY LAWRENCE LAROCHE,  )
            Movant,  )
              )
v.  )    Case No. CV409-005
              )              CV407-054
              )              [CR402-234]
UNITED STATES OF AMERICA,  )
            Respondent.  )

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _12_ day of _March_, 2009.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA